**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1294**

GARY PISNER,

Plaintiff - Appellant,

v.

MARLA RUBENSTEIN; MARLA PISNER 2011 TRUST,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:21-cv-00020-TDC)

Submitted:  August 23, 2022                          Decided:  August 25, 2022

Before GREGORY, Chief Judge, HEYTENS, Circuit Judge, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gary Pisner, Appellant Pro Se.  James A. Mood, Jr., Thomas D. Murphy, MURPHY & MOOD, PC, Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Pisner appeals the district court's order dismissing his complaint, in which he raised various state law claims related to completed state court litigation between Marla Rubenstein and Pisner concerning a trust for which the two were cobeneficiaries.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Pisner v. Rubenstein*, No. 8:21-cv-00020-TDC (D. Md. filed Jan. 31, 2022 & entered Feb. 1, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*